IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDWARD K. MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN NASHVILLE AIRPORT AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:22-cv-00514<br><br>Chief District Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties have agreed that the above-captioned matter should be dismissed from this Court with prejudice as to all parties.

Respectfully submitted this 9th day of May 2025.


/s/ Brian C. Winfrey (with permission)
Brian C. Winfrey, TN # 025766
THE WINFREY FIRM
Green Hills Office Park
2002 Richard Jones Rd., Suite B-200
Nashville, TN 37215
brian@thewinfreyfirm.com

Attorney for Plaintiff Edward K. McDonald

/s/ Keith D. Frazier
Keith D. Frazier, TN #012413
Darius Walker, Jr., TN #035408
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908

Attorneys for Defendant Metropolitan Nashville Airport Authority

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Brian C. Winfrey, Esq.
The Winfrey Firm
Green Hills Office Park
2002 Richard Jones Rd., Suite B-200
Nashville, TN 37215
brian@thewinfreyfirm.com

Attorney for Plaintiff

/s/ Keith D. Frazier